Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise was manufactured or produced in the United States and was returned to the United States from abroad, without having been advanced in value or improved in condition, and that the applicable customs regulations have now been complied with, the claim of the plaintiff was sustained. Abstract 47521 followed.

No. 67887.—B. A. McKenzie & Co., Inc. *v.* United States, protest 60/28085 (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JULY 11, 1963

No. 67888.—Devon Tape Corp. *v.* United States, protests 61/14539 and 61/14714 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plain transparent vinyl tape coated on one side with an india rubber adhesive, which tape is more similar to colorless transparent cellulose acetate tape, the claim of the plaintiff was sustained.

No. 67889.—New York Merchandise Co., Inc. *v.* United States, protest 60/14256 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all

material respects to those the subject of Abstract 66652, the claim of the plaintiff was sustained.

**No. 67890.**—Joseph F. Scott Co. et al. *v.* United States, protests 62/2190, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JULY 11, 1963

**No. 67891.**—Acorn Radio & Electronics, Inc., et al. *v.* United States, protests 62/7344, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of milliammeters or volt-ohm-milliampere meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

**No. 67892.**—C. Itoh & Co. (America), Inc., et al. *v.* United States, protests 62/7368, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of testers and other meters similar in all material respects